■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v BRANDON STOUDYMIRE, Appellant. [936 NYS2d 547]

The court properly exercised its discretion in denying defendant youthful offender treatment (*see People v Drayton*, 39 NY2d 580 [1976]), particularly in view of defendant's failure to comply with the conditions of his guilty plea. Concur—Tom, J.P., Friedman, DeGrasse, Richter and Manzanet-Daniels, JJ.